# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

PHILLIP M. STEVENS,

          **Plaintiff,**

  v.                                     Case No. 13-C-235

CAROLYN W. COLVIN,
**Acting Commissioner of the Social Security Administration,**

          **Defendant.**

# DECISION AND ORDER

Pursuant to 42 U.S.C. § 405(g), the Plaintiff, Phillip M. Steven ("Stevens"), filed an action for judicial review of the final decision of the Acting Commissioner of the Social Security Administration denying his application for Social Security Supplemental Security Income ("SSI") Benefits for lack of disability. Stevens also filed a petition for leave to proceed *in forma pauperis* in this action.

In order to authorize a litigant to proceed *in forma pauperis*, the Court must make two determinations: 1) whether the litigant is unable to pay the costs of commencing the action; and, 2) whether the action is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. §§ 1915(a)(1) & (e)(2).

Stevens' petition and affidavit to proceed *in forma pauperis* state that he has not been employed since December 2008, is not married, and has no legal dependents. Other than

$19.00, he does not own any stocks, bonds, notes, or other valuable property (excluding clothing and ordinary household items).

Stevens' monthly income is $350.00. His monthly expenses are $300.00 for medication, $100.00 for phones, and $200.00 for groceries. He also states that he has been living in homeless shelters, and that he cannot obtain or retain a job because of his mental health problems.

Based on the information provided, the Court concludes Stevens satisfies the requirements of § 1915. He is unable to pay the costs of commencing this action, and the action states a claim on which relief may be granted and does not appear to be frivolous or malicious.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Stevens' petition for leave to proceed *in forma pauperis* (ECF No. 2) is **GRANTED.**

Dated at Milwaukee, Wisconsin this 6th day of March, 2013.

BY THE COURT

_____
**Hon. Rudolph T. Randa**
**U.S. District Judge**